# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HON LAU, | ) | NO. CV 10-9561 JSL (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATE: Dec 27, 2010.

*Spencer Letts*

---
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE